David J. Williams (CA State Bar No. 236919)
   E-Mail: dwilliams@mabr.com
Trevor L. Clark (Admitted *Pro Hac Vice*) Utah Bar No.: 16798
   E-Mail: tclark@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:  (949) 202-1900
Facsimile:  (949) 453-1104

Larry R. Laycock (*Admitted* Pro Hac Vice) Utah Bar No: 4868
   E-Mail: LarryLaycock@djplaw.com
Durham Jones & Pinegar, P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone:  (801) 375-6600
Facsimile:  (801) 655-4743

Attorney for Plaintiff Sundesa, LLC, a Utah limited liability company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Sundesa, LLC, a Utah limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>IQ FORMULATIONS, LLC, a Florida limited liability company, d/b/a Metabolic Nutrition,<br><br>        Defendant. | Case No. 2:19-CV-06467-AB-MAA<br><br>**PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE AMENDED COMPLAINT AND EXHIBIT A UNDER SEAL**<br><br>HON. ANDRE BIROTTE, JR<br>UNITED STATES DISTRICT JUDGE |

1   Pursuant to Local Rule 79-5.2.2, plaintiff Sundesa, LLC ("Sundesa") hereby applies
2   for leave to file under seal portions of Sundesa's First Amended Complaint as well as
3   Exhibit A. This Application is accompanied by the following documents:
4       1)    Supporting Declaration of David J. Williams (showing good cause for the
5   Application);
6       2)    Redacted version of Sundesa's Amended Complaint;
7       3)    Unredacted version of Sundesa's Amended Complaint;
8       4)    Redacted version of Exhibit A;
9       5)    Unredacted version of Exhibit A; and
10      6)    Proposed Order.
11  Sundesa requests that the above materials be filed under seal because it references
12  or includes confidential material, which the parties have agreed to maintain as confidential
13  pursuant to agreement.
14  Sundesa respectfully requests that the Court grant its application to file portions of
15  Sundesa's Amended Complaint, and accompanying Exhibit A, under seal.

16  DATED: March 11, 2020        David J. Williams
17                                    **MASCHOFF BRENNAN**
18                                    By:  /s/ *David J. Williams*
19                                        David J. Williams
20                                  Attorneys for Plaintiff Sundesa, LLC
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am a resident of the State of Utah, over the age of eighteen years, and not a party to the within action.  My business address is Maschoff Brennan, 111 S. Main Street, Suite 600 Salt Lake City, UT 84111.

On March 11, 2020, I served the foregoing document:

**PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE AMENDED COMPLAINT AND EXHIBIT A UNDER SEAL**

**BY FAX:** By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

**BY ELECTRONIC SERVICE VIA ONELEGAL FILING SERVICE:** I caused the document(s) listed above to be served through the OneLegal E-Filing Service at www.onelegal.com addressed to all parties appearing on the electronic service list for the above-entitled case.

**BY ELECTRONIC SERVICE:** By electronically mailing a true and correct copy through Maschoff Brennan electronic mail system to the e-mail address(es) as stated on the attached service list

☒ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Salt Lake City, Utah addressed as set forth below.

**BY OVERNIGHT DELIVERY:** By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by FedEx for overnight mail in Irvine, California, in accordance with Maschoff Brennan ordinary business practices.

*~ SEE ATTACHED SERVICE LIST ~*

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 11, 2020, at Salt Lake City, Utah.

/s/ Jessica Garcia
Jessica Garcia

## SERVICE LIST

IQ Formulations, LLC
d/b/a Metabolic Nutrition
Jake Cohen, Agent for Service of Process
8211 W. Broward Blvd., Suite 330
Plantation, Florida   33324