1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SUNDESA, LLC, a Utah limited liability company, | Case No. 2:19-CV-06467-AB-MAA |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING THE JOINT STIPULATION FOR ENTRY OF CLAIM CONSTRUCTION SCHEDULE** |
| v. | |
| IQ FORMULATIONS, LLC, a Florida limited liability company, d/b/a Metabolic Nutrition, | |
| Defendant. | |

Having considered the parties' Joint Stipulation for Entry of Claim Construction Schedule, and finding good cause therefor, the Court grants the stipulation. The following dates are ORDERED.

| Event | Joint Proposal |
|---|---|
| Serve initial infringement contentions | December 4, 2020 |
| Serve initial non-infringement, unenforceability, and invalidity contentions | December 18, 2020 |
| Exchange terms for construction | January 15, 2021 |
| Exchange claim constructions and extrinsic evidence | January 29, 2021 |
| Completion of claim construction discovery | February 26, 2021 |
| File joint claim construction and prehearing statement | March 5, 2021 |
| File opening claim construction briefs | March 12, 2021 |
| File responsive claim construction briefs | March 26, 2021 |
| Claim construction hearing | April 23, 2021 at 10:00 am |
| Final infringement contentions | (28 days after Court construes the claims) |
| Final unenforceability and invalidity contentions | (28 days after service of final infringement contentions) |

Dated this 7th day of December, 2020

_____
United States District Court Judge

ORDER GRANTING THE JOINT STIPULATION FOR ENTRY OF CLAIM CONSTRUCTION SCHEDULE