# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROVE BRANDS, LLC F/K/A SUNDESA, LLC**, a Utah limited liability company,<br><br>　　　　　Plaintiff,<br>　v.<br><br>**IQ FORMULATIONS, LLC**, a Florida limited liability company, d/b/a Metabolic Nutrition,<br><br>　　　　　Defendant. | Case No. 2:19-CV-06467-AB-MAA<br><br>**[PROPOSED] Order Granting Stipulated Motion to Extend Filing Deadlines for Claim Construction**<br><br>Hon. Andre Birotte, Jr.<br>United States District Judge |

The Court, having reviewed the parties' Stipulated Motion to Extend Filing Deadlines for Claim Construction, hereby GRANTS the Motion.

The deadlines are extended as follows:

| Event | New Date |
| --- | --- |
| File joint claim construction and prehearing statement | April 2, 2021 |
| File opening claim construction briefs | April 9, 2021 |
| File responsive claim construction briefs | April 23, 2021 |
| Claim construction hearing | May 21, 2021 at 10:00 a.m. |
| Final infringement contentions | (28 days after Court construes the claims) |
| Final unenforceability and invalidity contentions | (28 days after service of final infringement contentions) |

IT IS SO ORDERED.

Dated this 9th day of March, 2021

HON. ANDRE BIROTTE JR.
United States District Judge