1  David J. Williams (CA State Bar No. 236919)
     *dwilliams@mabr.com*
2  Trevor L. Clark (Admitted *Pro Hac Vice*) Utah Bar No. 16798
     *tclark@mabr.com*
3  MASCHOFF BRENNAN GILMORE ISRAELSEN & WRIGHT, PLLC
4  100 Spectrum Center Drive, Suite 1200
5  Irvine, California 92618
   Telephone:  (949) 202-1900
6  Facsimile:   (949) 453-1104

7
   Larry R. Laycock (Admitted *Pro Hac Vice*) Utah Bar No. 4868
8    *larry.laycock@dentons.com*
9  DENTONS DURHAM JONES PINEGAR
   111 South Main Street, Suite 2400
10 Salt Lake City, UT 84111
   Telephone:  (801) 375-6600
11 Facsimile:   (801) 655-4743

12
13 ATTORNEYS FOR PLAINTIFF TROVE BRANDS, LLC F/K/A SUNDESA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROVE BRANDS, LLC f/k/a SUNDESA, LLC**, a Utah limited liability company,<br><br>Plaintiff,<br>v.<br><br>**IQ FORMULATIONS, LLC**, a Florida limited liability company, d/b/a Metabolic Nutrition,<br><br>Defendant. | Case No. 2:19-CV-06467-AB-MAA<br><br>**TROVE BRANDS, LLC f/k/a SUNDESA LLC'S CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br><u>**Claim Construction Hearing:**</u><br><br>Date:   July 16, 2021<br>Time:   10:00 a.m.<br>Judge:  Hon. Andre Birotte, Jr.<br>Ctrm:   7B |

1

**TROVE'S CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to this Court's Order Granting the Joint Stipulation for Entry of Claim Construction Schedule (Dkt. No. 81) ("Claim Construction Schedule") and this Court's Order Granting the Third Stipulation to Extend Filing Deadlines ("Third Stipulation to Extend Filing Deadlines") (Dkt. No. 92), Plaintiff Trove Brands, LLC f/k/a Sundesa, LLC ("Trove") hereby submits the following Claim Construction and Prehearing Statement. Although the Claim Construction Schedule requires the parties to file a joint statement, Defendant IQ Formulations, LLC dba Metabolic Nutrition ("IQF") has failed to timely identify any claim terms, disclose any claim construction positions, and provide its claim construction statement. Accordingly, in order to comply with the Claim Construction Schedule and the Third Stipulation to Extend Filing Deadlines, Trove respectfully submits its claim construction and prehearing statement.

## I. AGREED CONSTRUCTIONS

This case involves one design patent: United States Design Patent No. D510,235 (the "'235 Patent").

IQF failed to exchange terms for construction on January 15, 2021 and to provide Trove with its disclosure of proposed preliminary claim constructions and supporting extrinsic evidence on January 29, 2021, pursuant to the Claim Construction Schedule. Accordingly, Trove cannot determine whether the parties agree on any of the verbal descriptions for any of the claimed designs. But, because IQF failed to provide Trove with any preliminary claim constructions or supporting extrinsic evidence by the deadline provided in the Claim Construction Schedule, and has failed to challenge any of Trove's claim constructions to date, Trove submits that the Court should adopt Trove's claim construction position—that the claim terms are entitled to their plain and ordinary meaning—without consideration for any alternative constructions that may be provided by IQF hereafter.

## II. PROPOSED CLAIM CONSTRUCTIONS

Trove believes that a claim construction process is unnecessary. Because the '235 Patent is a design patent, there are no claim "terms" for the Court to construe. Rather, the

1  '235 Patent has a single claim defined by the figures of the patent. *See Apple, Inc. v.
2  Samsung Elecs. Co.*, 786 F.3d (Fed. Cir. 2015), *rev'd and remanded on other grounds*,
3  *Samsung Elecs. Co. v. Apple Inc.*, 137 S. Ct. 429 (2016) (a district court need not exclude
4  unprotected conceptual or functional features from a design patent's protected ornamental
5  scope). In addition, the design patents have no "specifications" as contemplated by the
6  governing rules. *In re Daniels,* 144 F.3d 1452, 1456 (Fed. Cir. 1998) ("It is the drawings
7  of the design patent that provide the description of the invention."); 37 C.F.R. § 1.153.

8  Trove contends that the key issues for the Court's attention are set forth in
9  *Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665 (Fed. Cir. 2008), *Ethicon Endo-
10 Surgery, Inc. v. Covidien, Inc.*, 796 F.3d 1312 (Fed. Cir. 2015), and *Sports Dimension,
11 Inc. v. Coleman Co.*, 820 F.3d 1316 (Fed. Cir. 2016), where the Federal Circuit instructed
12 that the scope of a design patent is the overall ornamental impression of what is shown in
13 the design patent's drawings, including aspects of the design that perform functions.

14 However, to the extent that the Court wishes to entertain claim construction
15 arguments, Trove proposes the construction for the '235 Patent in the chart below.

### III. CLAIM CONSTRUCTION CHART

| **Term or Phrase** | **Trove's Construction** | **IQF's Constructions** |
|---|---|---|
| "The ornamental design for a bottle, as shown and described." | The ornamental design for a bottle, as shown and described in Figures 1–7. | None provided. |

### IV. LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING

The claim construction hearing is presently scheduled for July 16, 2021 at 10:00 a.m.

IQF did not at any point provide any proposed terms for construction, therefore there is nothing to construe and no *Markman* hearing is necessary. Trove, in contrast, has consistently taken the position from the outset, through discovery responses and otherwise, that there are no terms to construe in this straightforward design patent case, as set forth above.

To the extent the Court believes a claim construction hearing is necessary after considering the claim constructions and arguments presented, Trove believes that 60 minutes of argument per party is sufficient.

## V. WITNESSES TO BE CALLED AT CLAIM CONSTRUCTION HEARING

Trove does not believe that live witnesses are necessary for the claim construction hearing.

Dated: June 1, 2021

MASCHOFF BRENNAN GILMORE ISRAELSEN & WRIGHT, PLLC

By: /s/ Trevor L. Clark
Trevor L. Clark
David J. Williams

ATTORNEYS FOR PLAINTIFF TROVE BRANDS, LLC F/K/A SUNDESA, LLC

# PROOF OF SERVICE

I am a resident of the State of Utah, over the age of eighteen years, and not a party to the within action. My business address is Maschoff Brennan, 111 S Main Street, Salt Lake City, Utah 84111.

On June 1, 2021, I served the foregoing document:

**TROVE BRANDS, LLC f/k/a SUNDESA, LLC'S CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

**BY ELECTRONIC SERVICE**: By electronically mailing a true and correct copy through Maschoff Brennan electronic mail system to the e-mail address as stated below:

Marc J. Kesten, P.L.
Marc J. Kesten, Esq.
9220 NW 72nd Street
Parkland, FL 33067
E-mail: marc@kestenlex.com

(*Federal*) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 1, 2021, at Salt Lake City, Utah.

/s/ *Abigail Alvey*