David J. Williams (CA State Bar No. 236919)
  *dwilliams@mabr.com*
Trevor L. Clark (Admitted *Pro Hac Vice*) Utah Bar No. 16798
  *tclark@mabr.com*
MASCHOFF BRENNAN GILMORE ISRAELSEN & WRIGHT, PLLC
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:  (949) 202-1900
Facsimile:   (949) 453-1104

Larry R. Laycock (Admitted *Pro Hac Vice*) Utah Bar No. 4868
  *larry.laycock@dentons.com*
DENTONS DURHAM JONES PINEGAR
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone:  (801) 375-6600
Facsimile:   (801) 655-4743

ATTORNEYS FOR PLAINTIFF TROVE BRANDS, LLC F/K/A SUNDESA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROVE BRANDS, LLC f/k/a SUNDESA, LLC**, a Utah limited liability company,<br><br>      Plaintiff,<br>v.<br><br>**IQ FORMULATIONS, LLC**, a Florida limited liability company, d/b/a Metabolic Nutrition,<br><br>      Defendant. | Case No. 2:19-CV-06467-AB-MAA<br><br>**TROVE BRANDS, LLC f/k/a SUNDESA LLC'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>**Claim Construction Hearing:**<br><br>Date:  July 16, 2021<br>Time:  10:00 a.m.<br>Judge: Hon. Andre Birotte, Jr.<br>Ctrm:   7B |

1

**TROVE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

| | |
|---|---|
| 1 | Pursuant to this Court's Order Granting the Joint Stipulation for Entry of Claim Construction Schedule (Dkt. No. 81) ("Claim Construction Schedule") and this Court's Order Granting the Third Stipulation to Extend Filing Deadlines (Dkt. No. 92), Plaintiff Trove Brands, LLC f/k/a Sundesa, LLC ("Trove") hereby submits the following Responsive Claim Construction Brief. |

Pursuant to this Court's Order Granting the Joint Stipulation for Entry of Claim Construction Schedule (Dkt. No. 81) ("Claim Construction Schedule") and this Court's Order Granting the Third Stipulation to Extend Filing Deadlines (Dkt. No. 92), Plaintiff Trove Brands, LLC f/k/a Sundesa, LLC ("Trove") hereby submits the following Responsive Claim Construction Brief.

Defendant IQ Formulations, LLC d/b/a Metabolic Nutrition ("IQF") failed to submit an Opening Claim Construction Brief due on May 31, 2021, pursuant to the Claim Construction Schedule. Accordingly, Trove's proposed claim constructions are uncontested. Trove reserves the right to supplement, amend, or modify its proposed claim constructions should the Court allow IQF to submit any proposed claim constructions.

Trove respectfully requests this Court to adopt its proposed claim construction—without consideration for any alternative constructions that may be provided by IQF hereafter—and to construe claim 1 of the '235 Patent as "the ornamental design for a bottle, as shown and described in Figures 1–7." Trove further submits that the Claim Construction Hearing scheduled for July 10, 2021 at 10:00 a.m. is unnecessary because Trove's proposed claim constructions are uncontested.

Dated: June 21, 2021

MASCHOFF BRENNAN GILMORE ISRAELSEN & WRIGHT, PLLC

By: /s/ Trevor L. Clark
Trevor L. Clark
David J. Williams

ATTORNEYS FOR PLAINTIFF TROVE BRANDS, LLC F/K/A SUNDESA, LLC
2
**TROVE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

**PROOF OF SERVICE**

I am a resident of the State of Utah, over the age of eighteen years, and not a party to the within action. My business address is Maschoff Brennan, 111 S Main Street, Salt Lake City, Utah 84111.

On June 21, 2021, I served the foregoing document:

**TROVE BRANDS, LLC f/k/a SUNDESA, LLC'S OPENING CLAIM CONSTRUCTION BRIEF.**

**BY ELECTRONIC SERVICE**: By electronically mailing a true and correct copy through Maschoff Brennan electronic mail system to the e-mail address as stated below:

Marc J. Kesten, P.L.

Marc J. Kesten, Esq.

9220 NW 72nd Street

Parkland, FL 33067

E-mail: marc@kestenlex.com

(*Federal*) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 21, 2021, at Salt Lake City, Utah.

/s/    *Michelle J. Elliott*

3

**TROVE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**